HONORABLE RONALD B. LEIGHTON

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEPHANIE D. HOLLENBECK,

CASE NO. C13-CV-05722-RBL-JWL

9

Plaintiff,

ORDER AFFIRMING
COMMISSIONER

10

v.

11

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

12

13

Defendant.

14

The Court has reviewed the entire record, including the Administrative Record, the

15

memoranda of the parties, and the Report and Recommendation of United States Magistrate

16

Judge John L. Weinberg.  It is therefore ORDERED:

17

(1) The Court adopts the Report and Recommendation;

18

(2) The Court AFFIRMS the decision of the Commissioner; and

19

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Weinberg.

20

Dated this 11th day of July, 2014.

21

22

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

23

24

ORDER AFFIRMING COMMISSIONER - 1